LAW OFFICES OF

# ROSENGARTEN & WEISS

363 Seventh Avenue, 7th Floor

New York, New York 10001

212-533-2606

Fax: 212-505-6681

DJWLAW@MINDSPRING.COM

Howard M. Rosengarten, Esq.
Donald J. Weiss, Esq.

February 4, 2013

**<u>VIA ECF</u>**

Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East Rm. N208
Brooklyn, NY 11201

Re:   Yancey v. Foodoni NY Broadway LLC and Peter Phillips.
       Case #CV12-4991

Dear Judge Levy:

    We are the attorneys for the plaintiff in the above referenced matter. An Initial Conference is scheduled on February 8, 2013. It is respectfully requested that the conference be adjourned as we have settled the case. The parties request a thirty day adjournment in order to prepare and execute the settlement documents. There have been no previous requests. I have consulted with defense counsel and they consent to this adjournment.

    Thank you for your kind consideration in this matter.

Very truly yours,

Donald J. Weiss